UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } | |
| Plaintiff, | } } | |
| vs. | } } | CASE NO. CV 02-B-2628-S |
| KRAFT FOODS OF NORTH AMERICA, INC., | } } } | |
| Defendant. | } } | |

## ORDER

The 16(b) Scheduling Conference is hereby **RESET** at **11:30 a.m.** on **JUNE 24, 2003**.

**DONE** this  4th  day of June, 2003.

*Sharon Lovelace Blackburn*
**SHARON LOVELACE BLACKBURN**
United States District Judge