IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action Number: CV-02-B-2628-S |
| vs. | ) ) ) | CONSENT DECREE |
| KRAFT FOODS NORTH AMERICA, INC., | ) ) ) ) | |
| Defendant. | ) | |

## MOTION TO ENTER CONSENT DECREE AND FINAL JUDGMENT

NOW COME THE PARTIES to this case, the Equal Employment Opportunity Commission and Kraft Foods North America, Inc., by and through their representatives, along with various individuals who claim an interest in this ligation, and file this Motion To Enter Consent Decree resolving this matter. The Parties and individuals have conferred on this matter and agree that the terms and provisions of this proposed Consent Decree and Judgment are acceptable to each.

ATTORNEYS FOR PLAINTIFF
OR INDIVIDUAL CLAIMANTS:

Charles E. Guerrier   (OH-0023546)
Regional Attorney

ATTORNEYS FOR DEFENDANT:

Charles Powell, III
Johnston, Barton, Proctor & Powell, L.L.P.
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2638

Mildred Byrd   (LA-03741)

1

Supervisory Trial Attorney

*[signature]*

Debra Hawes Crook (AL-6862R69D)
Senior Trial Attorney

Equal Employment Opportunity Commission
Ridge Park Place
1130 22nd Street, South, Suite 2000
Birmingham, Alabama 35205-2881


*[signature]*

Thomas Hale

Burgess & Hale, LLC
300 Financial Center
505 Twentieth Street North
Birmingham, Alabama 35203

*[signature]*

Andrew Allen

Whatley Drake
2323 2nd Avenue North
Birmingham, Alabama 35202-0647

*[signature]*

Adam Morel
2300 10th Pl. S
~~1 Independence Plaza~~
Birmingham, Alabama 35205

2